IT IS SO ORDERED.
April 22, 2011
s/David D. Dowd, Jr.
U.S. District Judge

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

JOHN ZIDIAN COMPANY, INC.,            :
                                      :
                    Plaintiff,        :       **CIVIL ACTION NO. 4:10-cv-2347**
                                      :
          v.                          :
                                      :       (Judge David D. Dowd, Jr.)
CVS CAREMARK CORPORATION,             :
                                      :
                    Defendant.        :

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, it is hereby stipulated by and between Plaintiff John Zidian Company, Inc. and

Defendant CVS Caremark Corporation that the above-entitled action be and hereby is

dismissed **with prejudice**.  Court costs shall be taxed to Plaintiff.


/s/ Stuart A. Strasfeld                        /s/ Stephen H. Jett
Stuart A. Strasfeld (0012399)                  Stephen H. Jett   (0046821)
100 Federal Plaza East, Suite 600              Taft Stettinius & Hollister LLP
Youngstown, OH  44503                          200 Public Square, Suite 3500
Telephone: (330) 744-5211                      Cleveland, OH  44114
Facsimile: (330) 744-3184                      Telephone: (216) 241-2838
Attorney for Plaintiff                         Facsimile: (216) 241-3707
                                               Attorney for Defendant

---

1